CRIMINAL COMPLAINT
**(Electronically Submitted)**

| **United States District Court** | **DISTRICT of ARIZONA** |
|---|---|
| United States of America<br>v.<br>**Nadia Monique Gomez**<br>DOB: 2001; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-05069MJ |

Complaint for violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:
On or about June 24, 2026, in the District of Arizona, **Nadia Monique Gomez**, knowing and in reckless disregard of the fact that certain illegal aliens, Masiel Loera-Felix and Juan Orlando Rocha-Arenas, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:
On June 24, 2026, in the District of Arizona (Ajo), Border Patrol Agents (BPAs) were assigned roving patrol duties on State Route (SR) 85. SR 85 is a common route used by smuggling organizations. Illegal aliens will often illegally cross the border and hide in the desert near designated mile markers along SR 85. At approximately 7:00 p.m., a white 2022 Honda Accord bearing Arizona license plate 1GA4Y6 was observed by Border Patrol technology entering South Puerto Blanco Road. South Puerto Blanco Road runs parallel to the border and is commonly used by smugglers to pick up illegal aliens. Approximately 10 minutes later, the Accord was observed leaving South Puerto Blanco Road and heading north on SR 85. Quick turnarounds are a common tactic used by smuggling organizations. BPAs pulled behind the Accord as it passed mile marker 77 on SR 85. Record checks on the Accord returned out of Phoenix, Arizona. At approximately 7:25 p.m., BPAs initiated a vehicle stop and the Accord yielded near mile marker 73 on SR 85. BPAs approached the Accord and asked the driver, identified as **Nadia Monique Gomez**, to lower her windows and she complied. There were no other visible occupants in the vehicle, so BPAs asked **Gomez** for consent to search the trunk and she declined. BPAs requested a BPA K9 Unit to perform a free air sniff of the vehicle. **Gomez** was told that the K9 would arrive in approximately one hour and that it could be dangerous if there were individuals hiding in her trunk for an extended period in the excessive heat. **Gomez** then reached down and opened the trunk. BPAs observed two individuals lying in the trunk and removed them from the vehicle. An immigration inspection was performed on the individuals, including Masiel Loera-Felix and Juan Orlando Rocha-Arenas, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Masiel Loera-Felix and Juan Orlando Rocha-Arenas do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Gomez** was determined to be a United States citizen.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Masiel Loera-Felix and Juan Orlando Rocha-Arenas

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Nick Piccolo<br>Border Patrol Agent |
|---|---|
| **Sworn by telephone** x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>June 25, 2026 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer-Hope

**Continued from front page.**

26-05069MJ

Material witness Masiel Loera-Felix stated that he is a citizen of Mexico and that he was going to pay a total of $8,000 to be smuggled into the United States. He crossed the border with a group of four other individuals including a foot guide. The foot guide used a cellphone to communicate with the scouts in Mexico and with the driver who would be picking them up. They arrived at a location where they were to be picked up by a gray Chevrolet sedan and a white four-door sedan. The foot guide received a call that the gray car was about to arrive and five to ten minutes later the vehicle arrived. Three of the individuals from the group entered the gray sedan and Loera-Felix was told to wait for the white sedan. After the gray sedan left, the white sedan arrived and the female driver instructed them to get into the backseat. When he entered the backseat, he was instructed to fold down the rear seats and enter the trunk. After entering the trunk, the seats were closed. The temperature inside the trunk was very high and it was difficult to breathe. Five minutes after being picked up, he was detained by Border Patrol.

Material witness Juan Orlando Rocha-Arenas stated that he is a citizen of Mexico and that he was going to pay approximately $13,000 to be smuggled into the United States. He crossed the border with five other individuals and they had no foot guide. The smugglers explained the route prior to crossing and provided the group with camouflage clothing and booties. The group walked through the desert until arriving at a predetermined load location where they waited for two hours for a white sedan to pick them up. The white vehicle arrived and the driver instructed the group to enter the vehicle. The rear seats of the vehicle were lowered, and Rocha-Arenas was directed to enter the trunk compartment through the passenger compartment. He was not shown how to operate the emergency trunk release mechanism. Rocha-Arenas was looking at his phone when BPAs stopped them and apprehended him.

After waiving her *Miranda* rights, **Nadia Monique Gomez** stated that she was contacted by a smuggling coordinator on Telegram. She agreed to proceed with picking up illegal aliens and transporting them back to Phoenix when the coordinator provided her with a pick-up location. **Gomez** travelled with her friend in separate vehicles to the pick-up location and waited until BPAs left the area before picking up the individuals. After locating the individuals, she was instructed to honk her horn to signal them. The individuals, who were dressed in regular clothing, entered her vehicle and climbed into the trunk after **Gomez** raised the backseats. **Gomez** attempted to drive back to Phoenix but was intercepted by law enforcement. **Gomez** stated that she knew that the individuals that she was transporting were illegally present in the United States and that transporting illegal aliens is a crime. She did not know how much she was going to be paid for smuggling them.